

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2016

No. 04-15-00699-CR

Kenneth John **GRABOWSKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR2572
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED; its brief is deemed timely filed. *See* TEX. R. APP. P. 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2016.

Keith E. Hottle
Clerk of Court